UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'01 JUN -4 PM 2 54

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

IVAN MIRANDA SOTO, ET AL.,
    Plaintiffs,

            v.                          Civil  No. 96-2625(PG)

PAN AMERICAN INSURANCE COMPANY,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #19 - Motion Requesting Disbursement Of Settlement Funds. | *Granted as Requested* |

Date: _____ May   30 , 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(3)
Finance

20 uo