IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVAN MIRANDA SOTO, et als.

    Plaintiffs

v.                                              CIVIL NO. 96-2625(PG)

PAN AMERICAN INSURANCE
COMPANY, et als.

    Defendants
_____/

**MOTION REQUESTING DISBURSEMENT OF SETTLEMENT FUNDS**

TO THE HONORABLE COURT:

    COMES NOW plaintiff Joseph Miranda Soto, through his undersigned attorneys and very respectfully states and prays as follows:

    1.    In payment of the judgment entered in this case, the net principal sum of $3,469.67 pertaining to the appearing plaintiff, who was then a minor, was deposited in Court.

    2.    These funds have continued in this Honorable Court's custody, accruing interest for the benefit of Joseph Miranda Soto.

    3.    Mr. Joseph Miranda Soto, who is a resident and citizen of the State of Florida, attained the age of 18 on May 31, 2006.  Enclosed as Exhibit "A" is a certified copy of Mr. Joseph Miranda Soto's birth certificate.

    4.    In accordance with the law of the State of Florida, a person becomes of legal age at this 18th birthday. § 743.07(1), Fla. Stat. (2000).

-2-

5. In view of the foregoing, plaintiff Joseph Miranda Soto wishes that all of the monies deposited in this case in his name, together with accrued interest and deducting any administrative expenses, be disbursed and paid to him.

WHEREFORE, plaintiff Joseph Miranda Soto respectfully requests this Honorable Court to enter an order approving this request and instructing that all monies deposited in this case in his name, together with accrued interest, after deducting administrative expenses, be paid to him as soon as possible.

In San Juan, Puerto Rico, this 9th day of November, 2007.

Respectfully submitted,

s/ Alberto J. Pérez Hernández
ALBERTO J. PEREZ HERNANDEZ
USDC-PR 125110
Attorneys for Plaintiff
LAW OFFICES DAVID EFRON
PO Box 29314
San Juan PR 00929-0314
Tel. (787) 753-6455
Fax (787) 758-5515
perezaj@microjuris.com