**EXHIBIT 1**

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

NUMERO: D479069

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1988-01549-030262-000000-04410106

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
JOSEPH MIRANDA SOTO

DOMICILIO (DWELLING HOUSE)
CAGUAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)     FECHA INSCRIPCION (REGISTRATION DATE)
31 MAY 1988                      10 JUN 1988

LUGAR NACIMIENTO (BIRTHPLACE)                    SEXO (SEX)
CAGUAS, PUERTO RICO                              M

NOMBRE DEL PADRE (FATHER'S NAME)                 EDAD (AGE)
AVITO JOSE MIRANDA                               22

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CAGUAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)               EDAD (AGE)
DIANA EDITH SOTO                                 25

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
RIO PIEDRAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
04 MAY 2005

*************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Estado Libre Asociado de Puerto Rico
Departamento de Salud



$2   $2
A00192769
A00192770

ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.

WARNING: Any alteration or erasure voids this certification.